BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:13-CV-01694-KJM-CKD |
|---|---|
| Plaintiff, | |
| v. | **APPLICATION AND ORDER FOR PUBLICATION** |
| APPROXIMATELY $48,091.56 IN U.S. CURRENCY, | |
| Defendant. | |

The United States of America applies for an order of publication as follows:

1.      Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

2.      Local Rule 171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

3.      The defendant Approximately $48,091.56 in U.S. Currency ("defendant currency") was seized on March 5, 2013 in Hayfork, California, in Trinity County, California.  Beginning on May 6, 2013, the Drug Enforcement Administration published notice of the non-judicial forfeiture of the defendant currency for 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov;

1

4.     The United States proposes that publication be made as follows:

a.     One publication;

b.     Thirty (30) consecutive days;

c.     On the official internet government forfeiture site www.forfeiture.gov;

d.     The publication is to include the following:

(1)     The Court and case number of the action;

(2)     The date of the seizure/posting;

(3)     The identity and/or description of the property seized/posted;

(4)     The name and address of the attorney for the Plaintiff;

(5)     A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

(6)     A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 21 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated:   8/15/13

BENJAMIN B. WAGNER
United States Attorney


By:   /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  August 20, 2013

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2

Application and Order
For Publication